HAGERTY LAW pc
Robert J. Hagerty
712 East Main Street
Suite 2C
Moorestown, NJ  08057
(609) 304-7541
RJH1643
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAULINE BARTON, | : |
| | : |
|         Plaintiff, | : |
| | : |
|   vs. | : CIV ACTION No.1:13-cv-04592- |
| | : RMB-AMD |
| MID-ATLANTIC FLOORING | : |
| VENTURES, INC. d/b/a | : **CERTIFICATION OF SERVICE OF** |
| PROSOURCE OF SOUTH JERSEY AND | : **ACCEPTANCE OF OFFER OF** |
| PROSOURCE OF  RARITAN CENTER, | : **JUDGMENT** |
| AARON BAILEY, MARK GROSSMAN, | : |
| JOHN DOES, fictitious names | : **Filed Electronically** |
| of individuals of an unknown | : |
| number, and ABC ENTITIES, | : |
| fictitious names of | : |
| corporations, partnerships, | : |
| limited liability companies | : |
| or other entities of an | : |
| unknown number, | : |
| | : |
|         Defendants | : |

    Robert J. Hagerty hereby certifies that he caused to be served on counsel for the defendants via email (imeklinsky@foxrothschild.com and jash@foxrothschild.com) and via the Federal Court's EM/CF filing system plaintiff's acceptance of defendants' offer of judgment on March 28,

2014.  I am aware that if the foregoing statement is false, I am subject to punishment by law.

                    **HAGERTY LAW pc**
                    Attorney for Plaintiff


                    _____/s/Robert J. Hagerty_____
                    By: Robert J. Hagerty