[Docket Nos. 27 & 28]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PAULINE BARTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MID-ATLANTIC FLOORING VENTURES INC. d/b/a PROSOURCE OF SOUTH JERSEY AND PROSOURCE OF RARITAN CENTER, et al.,<br><br>    Defendants. | Civil No. 13-4592 (RMB/AMD)<br><br>**ORDER** |

THIS MATTER having come before the Court upon Plaintiff's Motion for Attorney's Fees and to Remand to State Court [Docket No. 27]; and Defendants' Cross Motion to Vacate Judgment [Docket No. 28]; and the Court having heard oral argument; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY this **4th day** of **December 2014**,

**ORDERED** that Plaintiff's Motion is denied in part with respect to the motion to remand, and reserved in part with respect to the request for attorney's fees; and it is further

**ORDERED** that Plaintiff shall submit an affidavit of counsel providing the necessary explanation as set forth in the

accompanying Opinion within ten (10) days of the entry of this Order; and it is further

**ORDERED** that decision on Defendants' motion is reserved pending the submission by Plaintiff's counsel.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
