

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Ian D. Meklinsky
Direct Dial: (609) 895-6756
Email Address:  imeklinsky@foxrothschild.com

December 15, 2014

**<u>VIA CM/ECF</u>**

Honorable Judge Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

**Re:     Barton v. Mid-Atlantic Flooring Ventures, Inc., et al.**
         **<u>Civil Case No.: 1:13-cv-04592</u>**

Dear Judge Bumb:

        This firm represents the defendants in this matter.  We are in receipt of the Affidavit filed by Plaintiff's counsel on December 14, 2014 at the direction of the Court.  Defendants' respectfully submit that the thirty page Affidavit goes far beyond what the Court requested and presents both factual and legal arguments that are either the same or in addition to what was previously submitted.  Defendants will gladly respond to those arguments if the Court deems it necessary.

        In addition, paragraph 67 of the Affidavit states that "Plaintiff filed the Warrant [of Satisfaction of Judgment] a mere fifteen days later." However, a review of the docket and correspondence reveals that no Warrant was ever filed.  We believe that Plaintiff's counsel was referring to the filing of his motion, which was filed fifteen days later, rather than the Warrant.

A Pennsylvania Limited Liability Partnership

California     Colorado     Connecticut     Delaware     District of Columbia
Florida     Nevada     New Jersey     New York     Pennsylvania

ACTIVE 25810483v1 12/15/2014



Judge Renee Marie Bumb
December 15, 2014
Page 2

        Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        *FOX ROTHSCHILD LLP*

                                        /s/ Ian D. Meklinsky
                                        Ian D. Meklinsky

cc:  Robert Hagerty, Esq. (via electronic filing)