

robert j. hagerty, esq.
rjh@hagertyblandlaw.com
Direct Dial: 609-304-7541

December 15, 2014

**VIA ECF/CM**
Honorable Renee Marie Bumb
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:   Pauline Barton v. Mid-Atlantic Flooring Ventures, Inc. et al.
       Docket No.: 13-cv-04592-RMB-AMD

Dear Judge Bumb:

I represent the plaintiff in this matter. I have received Mr. Meklinsky's letter to the Court pointing out the erroneous statement in my certification that the Warrant of Satisfaction of Judgment was filed fifteen days after I received it in my office. Mr. Meklinsky is correct--I did mean to refer to the motion, not the Warrant of Satisfaction. I apologize to the Court and counsel for my mistake. If the Defendants would like me to file a Warrant of Partial Satisfaction of Judgment, and if they are recognized under Federal law, I will do so. Thank you for your consideration.

Respectfully yours,

Hagerty & Bland-Tull LLC

Robert J. Hagerty

cc:   Ian Meklinsky, Esq. (via ecf/cm)
      Pauline Barton (via email only)
RJH/rh