[Docket Nos. 27 & 28]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PAULINE BARTON,<br><br>    Plaintiff,<br><br>        v.<br><br>MID-ATLANTIC FLOORING VENTURES INC. d/b/a PROSOURCE OF SOUTH JERSEY AND PROSOURCE OF RARITAN CENTER, et al.,<br><br>    Defendants. | Civil No. 13-4592<br>(RMB/AMD)<br><br>**ORDER** |

This matter having come before the Court upon a motion by Plaintiff for Attorney's Fees [Doc. No. 27], and a cross-motion to Vacate and Remand by Defendants [Doc. No. 28]; and the Court having reviewed the parties' submissions; and having held a hearing; and for the reasons stated in the Opinion issued this date;

IT IS HEREBY this **18th day** of **August 2015**,

**ORDERED** that Plaintiff's motion is **GRANTED;** and it is further

**ORDERED** that Plaintiff shall have forty-give (45) days from the date of this Order to file the requisite attorney's fees materials; and it is further

**ORDERED** the Defendants' motion is **DENIED**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
